UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

MICHAEL F. DURANTE, et al.

Defendants.

11-cr-00277-SRC

ORDER GRANTING *PRO HAC VICE* ADMISSION OF JILLIAN M. SEARLES

This matter having been opened to the Court by Hodgson Russ LLP, attorneys for Defendant Michael F. Durante (Cathy Fleming, Esq. appearing) moving the admission *pro hac vice* of Jillian M. Searles, Esq., and the United States having no objection to the application, and for good cause shown;

IT IS on this 28 day of May 2011

**ORDERED** that:

1) Jillian M. Searles, Esq. be permitted to appear *pro hac vice* except only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders;

2) the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within 21 days of the date of the entry of this Order;

3) the $150.00 fee required by D.N.J.L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within 21 days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address, for forwarding by the Clerk to the District Court:

> United States District Court
> District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, N.J. 07102
> *Attention: Pro Hac Vice Admissions*

4) the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey.

_____
Stanley R. Chesler, U.S.D.J.