UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,

v.

MICHAEL F. DURANTE, et al.

Defendants.

11-cr-00277-SRC

ORDER

---

Upon application of defendant Michael F. Durante through counsel (Cathy Fleming, Esq.) to modify the conditions of his bail originally set on March 24, 2011, and upon notice to the United States Government (Assistant United States Attorney Anthony Mahajan), and upon the prior proceedings hereto,

IT IS THIS ___ day of May, 2011

ORDERED that Michael F. Durante's conditions of bail as originally set on March 24, 2011 are modified as follows:

1. Michael F. Durante has permission to travel to New York for purposes of conferring with counsel; and

2. Michael F. Durante has permission to travel to and stay at his home in Vermont, but shall give prior notice of his travel plans to his Probation Officer.

SO ORDERED.

Stanley R. Chesler, U.S.D.J.