UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | 11 Cr. 277 |
| MICHAEL F. DURANTE, et al. | : | ORDER |

This matter having been opened to the Court on the application of defendant Michael F. Durante, through his counsel (Cathy Fleming, Esq., appearing), for a modification of the terms and conditions of pretrial release, and the application having been opposed by the government (Anthony Mahajan, AUSA, appearing), and for good cause shown:

WHEREFORE, it is on this 14 day of September, 2011

IT IS HEREBY ORDERED that the Order Setting Conditions of Release, filed on March 24, 2011, by the Honorable Michael A. Shipp, U.S. Magistrate Judge, be and hereby is modified to vacate the requirement that Durante "abstain from treating any current patients;"

IT IS FURTHER ORDERED that Durante may return to the practice of medicine upon approval by the Board of Medical Examiners, should such approval be granted and subject to any conditions imposed ~~under proper supervision and monitoring~~;

IT IS FURTHER ORDERED that Durante shall in no event write any prescriptions; and

IT IS FURTHER ORDERED that all other terms and conditions of the foregoing Order remain in full force and effect.

_____
HON. STANLEY R. CHESLER
United States District Judge

1