UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES of AMERICA, | Criminal Action No. 11-277 (SRC) |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL F. DURANTE, | |
| Defendant. | |

**CHESLER, District Judge**

This matter comes before the Court on the motion to quash the subpoena issued February 21, 2012 by third party CVS Caremark ("CVS"). The motion will be granted in part and denied in part. The privacy concerns cited by CVS may be addressed by redacting the requested prescription information to remove identifying patient information: the name and address of each patient should be redacted. To this extent, the motion to quash will be granted in part. CVS must otherwise disclose the prescription information specified in the subpoena and, to this extent, the motion to quash will be denied.

For these reasons,

**IT IS** on this 30th day of April, 2012,

**ORDERED** that CVS's motion to quash the subpoena issued February 21, 2012 (Docket Entry No. 232) is **DENIED** in part and **GRANTED** in part.

 s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J