UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | 11 Cr. 277 |
| MICHAEL DURANTE | : | ORDER |

A status conference having been held by the Court concerning the scheduled trial of this matter, the parties having the opportunity to be heard, and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that the action should be continued for the following reasons:

1. This case has been deemed a "complex case" pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii);

2. There has been extensive motion practice, pursuant to which the Court has conducted an on-going evidentiary hearing, and a number of motions have yet to be fully briefed;

3. The Court is conducting an on-going evidentiary hearing which may require further witness testimony prior to resolution, and the Defendant seeks the opportunity to file additional motions based on the outcome of that hearing;

4. In light of these findings, and given the nature of the case and its complexity, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act;

5. Defendant objects to a continuance of this matter;

6. Pursuant to Title 18, United States Code, Section 3161, the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial;

1

WHEREFORE, it is on this 11 day of May, 2012

ORDERED that the proceedings in this matter are continued from April 30, 2012, until September 11, 2012;

IT IS FURTHER ORDERED that the period between April 30, 2012, until September 11, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that trial in this matter shall commence September 11, 2012.

_____
HON. STANLEY R. CHESLER
United States District Judge