**Cathy Fleming**
Direct Dial: 646.218.7644
cfleming@hodgsonruss.com



July 25, 2012

**VIA EMAIL**

Hon. Stanley R. Chesler
United States District Court
District of New Jersey
U.S. Post Office & Courthouse
Newark, NJ 07102

> Re:  *United States v. Michael F. Durante, et al.*
>       Criminal No. 11-cr-00277 (SRC)

Dear Judge Chesler:

We are writing to request a further adjournment until August 3, 2012 of the brief due today in response to the Court's Opinion and Order issued June 28, 2012. Frankly, while we have a draft, we would like more time to edit and revise before submitting to the Court. As the Court is aware, Ms. Searles was away for a period of 12 days. In addition, I have and have had other conflicts which have taken (and will take) me away from the office.

The Government has graciously consented to our request for an adjournment until August 3, 2012 to submit our response. We appreciate the Court's consideration in this matter.

Respectfully submitted,

Cathy Fleming

cc:   AUSA Anthony J. Mahajan
      AUSA Randall H. Cook

6  7/25/12

SO ORDERED:

STANLEY R. CHESLER, U.S.D.J.

070561.00000 Litigation 8640259v1

1540 Broadway  ◆  24th Floor  ◆  New York, New York 10036  ◆  telephone 212.751.4300  ◆  facsimile 212.751.0928
Albany  ◆  Buffalo  ◆  Johnstown  ◆  New York  ◆  Palm Beach  ◆  Toronto  ◆  www.hodgsonruss.com