UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 11-277 (SRC) |
| v. | : |
| | : ORDER |
| MICHAEL DURANTE | : FILED UNDER SEAL AND IN CAMERA |

This matter having come before the Court on the *in camera*, *ex parte* motion of the United States, dated September, __ 2012, for an Order declaring certain material pertaining to witnesses whom the Government intends to call at the trial in the above-referenced matter, not to be encompassed by Giglio v. United States, 405 U.S. 150 (1972) and its progeny; and the United States having provided the details of the material to the Court with its motion papers; and the Court having reviewed the Government's submission; and it appearing that said material is not relevant to the defendant's guilt or innocence, and would not affect the jury's judgment of the credibility of the above-described witness;

IT IS on this 13 day of Sept 2012,

ORDERED that the Government's motion be, and hereby is, denied GRANTED and the Government's motion and all materials in support thereof are SEALED unsealed; and it is further

ORDERED that the Government will ~~not~~ be required to produce said material to the defense. The court has concluded that the information is at least ~~certainly~~ ~~and~~ potentially proper impeachment material and must be disclosed. The court makes no determination at this time as to whether or not the defense will be permitted to inquire into this information at trial or cross examination.

———————————————
HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

[signature]
OSDJ,