UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,                    Crim. No. 11-cr-00277-SRC

v.

MICHAEL F. DURANTE, et al.,                  ORDER

Defendants.

THIS MATTER having been opened to the Court by counsel for defendant
Michael F. Durante, M.D. ("Dr. Durante"), and on notice to all counsel of the Government
(AUSA Anthony J. Mahajan, appearing), and upon the prior proceedings hereto, and for good
cause shown.

IT IS ON THIS ____ DAY OF OCTOBER, 2012, HEREBY ORDERED as follows:

1.      The prior Order settling the conditions of release entered in this matter on the 24th
day of March 2011 as modified by this Court's Order dated September 14, 2011, is hereby
further modified so as to release and discharge the marital home of defendant Dr. Michael
Durante located in Montclair, New Jersey, from any lien created by the Bail Order and the
property is hereby discharged as being security for the bail.

2.      Defendant Dr. Michael Durante will within ten (10) days of the date of this Order,
execute such documents that are required to further secure the bail by his individual retirement
account in the approximate amount of $383,970.99.

3.      Third-party custodian, Dr. Mark Durante, who has consented hereto, shall sign as
guarantor on the appearance bond in this matter.

4.     Defendant may travel to his vacation home in Vermont at any time provided he gives notice to the Pretrial Services of his intent to do so.

5.     Except as specifically provided in this Modification Order or in the prior Modification Order dated September 14, 2011, shall remain in full force and effect.

ENTER:

_____
Hon. Stanley R. Chesler

We are authorized to and do agree to the form and entry of the foregoing Order.

BY: _____
Dr. Mark Durante
Guarantor

BY: _____
Dr. Michael Durante
Defendant

HODGSON RUSS, LLP

BY: _____
Cathy Fleming (CF-2682)
*Attorneys for Defendant Michael P. Durante, M.D.*
1540 Broadway
New York, NY 10036
646-218-7534

BY: _____
AUSA Anthony J. Mahajan
*Attorneys for the United States*
970 Broad Street
Newark, NJ 07102-2535
973-645-2700