UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :     Hon. Stanley R. Chesler

v.                                 :     11 Cr. 277

MICHAEL DURANTE                    :     ORDER

A status conference having been held by the Court concerning the scheduled trial of this matter, the parties having the opportunity to be heard, and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that the action should be continued for the following reasons:

1. This case has been deemed a "complex case" pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii);

2. The parties have been granted permission to file additional motions and have agreed on the following briefing schedule: motions due February 15, 2013, any opposition to be filed by February 22, 2013;

3. Defendant consented to the continuance of this matter from December 5, 2012 to March 5, 2013;

4. In light of these findings, and given the nature of the case and its complexity, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act;

5. Pursuant to Title 18, United States Code, Section 3161, the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial;

1

WHEREFORE, it is on this 14 day of January 2013

ORDERED that the proceedings in this matter are continued from December 5, 2012 to March 5, 2013;

IT IS FURTHER ORDERED that the period from December 5, 2012 to March 5, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that trial in this matter shall commence March 5, 2013.

HON. STANLEY R. CHESLER
United States District Judge